UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Victor J. Gonzalez

Case No.: 19-24459
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on __November 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 416 Laurel Brook Drive,<br>Brick, New Jersey<br>Valued at $110,000.00 |
|---|---|

| Liens on property: | PNC Bank, $97,927.00 and $80,021.00 |
|---|---|

| Amount of equity claimed as exempt: | $25,150.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-24459-KCF
Victor J. Gonzalez                                               Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Oct 01, 2019
                              Form ID: pdf905              Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db             Victor J. Gonzalez,    416D Laurel Brook Dr,    Brick, NJ 08724-2844
cr            +Community Financial Services Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
               PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-0610,    UNITED STATES 07701-2009
518371242      American Heart Center,    PO Box 1207,    Neptune, NJ 07754-1207
518371244     +Apex Asset Management,    for Barnabas Health Med Group,    2501 Oregon Pike Ste 120,
               Lancaster, PA 17601-4890
518371246      Asset Recovery Solutions, LLC,    For Capital One #8672783,    2200 E Devon Ave Ste 200,
               Des Plaines, IL 60018-4501
518371247      B&B Collections, Inc.,    for Kimball Emergency Med Assoc,    PO Box 2137,
               Toms River, NJ 08754-2137
518371248      Barnabas Health Medical Group,    100 S Owasso Blvd W,    Saint Paul, MN 55117-1036
518371254     #Care Centrix,    PO Box 660,    East Granby, CT 06026-0660
518371259      Commonwealth Financial Systems,    245 Main St,    Scranton, PA 18519-1641
518371260      Community Financial Services,    149 Saint George Ave,    Roselle, NJ 07203-2936
518371261      Community Financial Services FCU,    Card Services - Customer Service,    PO Box 183258,
               Columbus, OH 43218-3258
518371262    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,     Customer Service,    PO Box 6550,
               Englewood, CO 80155-6550)
518371263      Dynamic Recovery Solution,    for Ocean Medical Center,    PO Box 25759,
               Greenville, SC 29616-0759
518371264      Dynamic Recovery Solutions,    For Jersey Shore Univ Med Center,    135 Interstate Blvd, Unit 6,
               Greenville, SC 29615-5720
518371266      EOS CCA,    For Verizon/US Asset Mgt #1310253281,    PO Box 981002,    Boston, MA 02298-1002
518371265      EOS CCA,    For Verizon/US Asset Mgt #1310647924,    PO Box 981002,    Boston, MA 02298-1002
518371268     +Fred G. Daniels, Esq.,    Atty for CACH, LLC,    887 Donald Ross Rd,    Juno Beach, FL 33408-1611
518371269     +Gary A. Kay, Esq.,    Atty for Mon Ocean Neurology,    PO Box 173,    Clarksburg, NJ 08510-0173
518371270      Gastroenterology Assoc of Ocean Cty,     475 Highway 70 Ste 103,    Lakewood, NJ 08701-5897
518371271      Genoa Healthcare,    707 S Grady Way Ste 700,    Renton, WA 98057-3243
518371272      I.C. Systems,    for AT&T/Directv #165764442-1-69,    PO Box 64378,    Saint Paul, MN 55164-0378
518371275      JC Orthopedic Inc.,    1680 Route 88,    Brick, NJ 08724-3051
518371276      Jersey Shore Anesthesiology,    PO Box 307,    Neptune, NJ 07754-0307
518371277      Jersey Shore Neurology Associates,    1900 State Route 33,    Neptune, NJ 07753-4800
518371278      Jersey Shore OP - Meridian Health Sys,    n/k/a Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371279      Jersey Shore University Medical Center,    nka Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371282      KML Law Group, P.C.,    Attys for PNC Bank,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518371280      Kimball Emergency Med Assoc,    PO Box 6192,    Parsippany, NJ 07054-7192
518371281      Kimball Medical Center n/k/a Monmouth,    Medical Center Southern Campus,    600 River Ave,
               Lakewood, NJ 08701-5237
518371283      Laurel Brook 1 Condo Association,    PO Box 11,    Lavallette, NJ 08735-0011
518371284      Laurel Brook I Condo Association,    PO Box 11,    Lavallette, NJ 08735-0011
518371285     +Law Offices of Joel Cardis, LLC,    For N Mon Cty Med Assoc #4334335,    2006 Swede Rd, Ste 100,
               E Norriton, PA 19401-1787
518371288      Lyons Doughty & Veldhuis P.C.,    for CapitalOne,    136 Gaither Dr Ste 100P,
               Mount Laurel, NJ 08054-1725
518371287      Lyons Doughty & Veldhuis P.C.,    For Capital One Bank,    136 Gaither Dr Ste 100,
               Mount Laurel, NJ 08054-1725
518371289      McKenna DuPont Higgins et al,    Attys for Community Financial Services,    PO Box 610,
               Red Bank, NJ 07701-0610
518371291      Mnet Financial, Inc.,    For Shore Outpatient Surgicenter,    95 Argonaut Ste 200,
               Aliso Viejo, CA 92656-4147
518371292      Monmouth Ocean Neurogology,    1944 Corlies Ave Ste 206,    Neptune, NJ 07753
518371293      Neurophysiology Labs,    1944 Corlies Ave Ste 206,    Neptune, NJ 07753
518371294     +North Shore Agency,    for Sprint,    270 Spagnoli Rd, Ste 110,    Melville, NY 11747-3515
518371295      Northern Monmouth Cty Med Assoc,    656 Shrewsbury Ave,    Tinton Falls, NJ 07701-4964
518371296      Ocean Medical Center,    n/k/a Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371297     +Ocean Otolaryngology Associates,    54 Bey Lea Rd Bldg A, Ste 3,    Toms River, NJ 08753-2978
518371298      Ocean Pulmonary Associates,    2 Plaza Dr Ste 2,    Toms River, NJ 08757-3756
518371301      PNC Bank,    Customer Service,    PO Box 1820,    Dayton, OH 45401-1820
518371302      PNC Bank, National Association,    3232 Newmark Dr,    Miamisburg, OH 45342-5421
518371303      PNC Mortgage,    PO Box 856177,    Louisville, KY 40285-6177
518371300      PayPal Credit - Comenity Bank,    Bankruptcy Department,    PO Box 182125,
               Columbus, OH 43218-2125
518371305      Pressler Felt & Warshaw, LLP,    Attys For Midland Funding #G189401,    7 Entin Rd,
               Parsippany, NJ 07054-5020
518371307      RMB, Inc.,    409 Bearden Park Cir,    Knoxville, TN 37919-7448
518371309      Shore Outpatient Surgicenter, LLC,    360 Highway 70,    Lakewood, NJ 08701-5823
518371310      South Jersey Legal Services, Inc.,    Kristine M. Carranceja-Gurski, Esq.,    303 W Main St Ste 3,
               Freehold, NJ 07728-2522
518371313      The Bureaus,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 01, 2019
                              Form ID: pdf905          Total Noticed: 83

518371314     Tidal Emergency Physicians,    Jersey Shore University Med Ctr,    1945 Corlies Ave,
               Neptune, NJ  07753
518371315     Tidal Emergency Physicians,    Brick Hospital,    425 Jack Martin Blvd,    Brick, NJ  08724-7732
518371316     Union Plus Credit Card,    Customer Service,    PO Box 30255,    Salt Lake City, UT  84130-0255
518371317    +United States Attorney,    For Internal Revenue Service,    PO Box 683,
               Washington, DC  20044-0683
518371319     University Radiology Group,    PO Box 1075,    East Brunswick, NJ  08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 00:22:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 00:22:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
518371243      E-mail/Text: ebn@americollect.com Oct 02 2019 00:22:29     Americollect, Inc.,
               For Unv Rad Assoc #17693650,    1851 S Alverno Rd,    Manitowoc, WI  54221-1566
518371245      E-mail/Text: bnc-capio@quantum3group.com Oct 02 2019 00:22:16     Asset Care LLC,
               2222 Texoma Pkwy,    Sherman, TX  75090-2470
518371249     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 00:26:38     CACH, LLC,
               4340 S Monaco St Unit 2,    Denver, CO  80237-3485
518371258     +E-mail/Text: bnc-capio@quantum3group.com Oct 02 2019 00:22:16
               CF Medical Assignee of Ocean Med Ctr,    c/o AssetCare, LLC,    2222 Texoma Pkwy, Ste 180,
               Sherman, TX  75090-2484
518371250      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 00:26:22     Capital One,
               Bankruptcy Claims Servicer,    PO Box 30285,    Salt Lake City, UT  84130-0285
518371251      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2019 00:27:30
               Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
               Oklahoma City, OK  73154-1529
518371252      E-mail/Text: bnc-capio@quantum3group.com Oct 02 2019 00:22:16     Caprio Partners,
               2222 Texoma Pkwy Ste 115,    Sherman, TX  75090-2470
518371253     +E-mail/Text: bnc-capio@quantum3group.com Oct 02 2019 00:22:16     Caprio Partners,
               For Jersey Shore Univ Med #16894458,    2222 Texoma Pkwy 150,    Sherman, TX 75090-2481
518371256      E-mail/Text: bankruptcy@certifiedcollection.com Oct 02 2019 00:22:10
               Certified Credit & Collection Bureau,    for Jersey Shore OP #1201658103,    PO Box 336,
               Raritan, NJ  08869-0336
518371255      E-mail/Text: bankruptcy@certifiedcollection.com Oct 02 2019 00:22:10
               Certified Credit & Collection Bureau,    MCOC - OP,    PO Box 336,    Raritan, NJ  08869-0336
518371257      E-mail/Text: bankruptcy@certifiedcollection.com Oct 02 2019 00:22:10
               Certified Credit & Collection Bureau,    for Jersey Shore IP #11664407,    PO Box 336,
               Raritan, NJ  08869-0336
518371267      E-mail/Text: data_processing@fin-rec.com Oct 02 2019 00:21:46
               Financial Recovery Services, Inc.,    For PYOD LLC/WebBank/Lending Club,    PO Box 385908,
               Minneapolis, MN  55438-5908
518371274      E-mail/Text: cio.bncmail@irs.gov Oct 02 2019 00:21:32     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
518371286      E-mail/Text: bk@lendingclub.com Oct 02 2019 00:22:47     Lending Club,
               71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
518371290      E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2019 00:22:18     Midland Funding, LLC,
               2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
518371299      E-mail/PDF: cbp@onemainfinancial.com Oct 02 2019 00:26:13     OneMain,    6801 Colwell Blvd,
               Irving, TX  75039-3198
518371304      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 00:26:27
               Portfolio Recovery Associates LLC,    for Capital One,    PO Box 12914,
               Norfolk, VA  23541-0914
518371306      E-mail/Text: bankruptcy@prosper.com Oct 02 2019 00:22:52     Prosper Marketplace,
               221 Main St Ste 300,    San Francisco, CA  94105-1909
518371308      E-mail/Text: bankruptcy@savit.com Oct 02 2019 00:23:08     Savit Collection Agency,
               For Jersey Shore Anesthesiology,    PO Box 250,    East Brunswick, NJ  08816-0250
518371311      E-mail/Text: appebnmailbox@sprint.com Oct 02 2019 00:22:16     Sprint,    Customer Service,
               PO Box 8077,    London, KY  40742-8077
518372511     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 00:26:58     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518371318     +E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 00:22:22     United States Attorney,
               For Internal Revenue Service,    970 Broad St, Ste 700,    Newark, NJ  07102-2527
518371320      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 02 2019 00:20:04
               Verizon,    Bankruptcy Department,    500 Technology Dr Ste 550,    Weldon Spring, MO  63304-2225
518371321      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 00:26:15     Walmart - Synchrony Bank,
               Bankruptcy Department,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518371273*       Internal Revenue Service,    Special Procedures,    PO Box 744,    Springfield, NJ  07081-0744
518371312     ##Sure Recovery Service,    for Ocean Otolaryngology #157326,    PO Box 818,
               Jackson, NJ  08527-0818
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 01, 2019
                              Form ID: pdf905          Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union
               dupont@redbanklaw.com,  dana@redbanklaw.com
              Peter   Broege    on behalf of Debtor Victor J. Gonzalez pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```