**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victor J. Gonzalez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1825<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–24459–KCF

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victor J. Gonzalez

11/1/19                                              **By the court:**   Kathryn C. Ferguson
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 19-24459-KCF    Doc 16    Filed 11/03/19    Entered 11/03/19 23:36:06    Desc Imaged
                                  Certificate of Notice      Page 3 of 5

```
                                      United States Bankruptcy Court
                                            District of New Jersey
In re:                                                                                   Case No. 19-24459-KCF
Victor J. Gonzalez                                                                       Chapter 7
           Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-3                  User: admin                    Page 1 of 3                  Date Rcvd: Nov 01, 2019
                                      Form ID: 318                   Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
db             Victor J. Gonzalez,    416D Laurel Brook Dr,    Brick, NJ 08724-2844
cr            +Community Financial Services Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
               PO Box 610,   229 Broad Street,    Red Bank, NJ 07701-0610,    UNITED STATES 07701-2009
518371242      American Heart Center,    PO Box 1207,    Neptune, NJ 07754-1207
518371244     +Apex Asset Management,    for Barnabas Health Med Group,    2501 Oregon Pike Ste 120,
               Lancaster, PA 17601-4890
518371246      Asset Recovery Solutions, LLC,    For Capital One #8672783,    2200 E Devon Ave Ste 200,
               Des Plaines, IL 60018-4501
518371247      B&B Collections, Inc.,    for Kimball Emergency Med Assoc,    PO Box 2137,
               Toms River, NJ 08754-2137
518371248      Barnabas Health Medical Group,    100 S Owasso Blvd W,    Saint Paul, MN 55117-1036
518371254     #Care Centrix,    PO Box 660,   East Granby, CT 06026-0660
518371259      Commonwealth Financial Systems,    245 Main St,    Scranton, PA 18519-1641
518371260      Community Financial Services,    149 Saint George Ave,    Roselle, NJ 07203-2936
518371261      Community Financial Services FCU,    Card Services - Customer Service,    PO Box 183258,
               Columbus, OH 43218-3258
518371263      Dynamic Recovery Solution,    for Ocean Medical Center,    PO Box 25759,
               Greenville, SC 29616-0759
518371264      Dynamic Recovery Solutions,    For Jersey Shore Univ Med Center,    135 Interstate Blvd, Unit 6,
               Greenville, SC 29615-5720
518371266      EOS CCA,    For Verizon/US Asset Mgt #1310253281,    PO Box 981002,    Boston, MA 02298-1002
518371265      EOS CCA,    For Verizon/US Asset Mgt #1310647924,    PO Box 981002,    Boston, MA 02298-1002
518371268     +Fred G. Daniels, Esq.,    Atty for CACH, LLC,    887 Donald Ross Rd,    Juno Beach, FL 33408-1611
518371269     +Gary A. Kay, Esq.,    Atty for Mon Ocean Neurology,    PO Box 173,    Clarksburg, NJ 08510-0173
518371270      Gastroenterology Assoc of Ocean Cty,    475 Highway 70 Ste 103,    Lakewood, NJ 08701-5897
518371271      Genoa Healthcare,    707 S Grady Way Ste 700,    Renton, WA 98057-3243
518371275      JC Orthopedic Inc.,    1680 Route 88,    Brick, NJ 08724-3051
518371276      Jersey Shore Anesthesiology,    PO Box 307,    Neptune, NJ 07754-0307
518371277      Jersey Shore Neurology Associates,    1900 State Route 33,    Neptune, NJ 07753-4800
518371278      Jersey Shore OP - Meridian Health Sys,    n/k/a Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371279      Jersey Shore University Medical Center,    nka Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371282      KML Law Group, P.C.,    Attys for PNC Bank,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518371280      Kimball Emergency Med Assoc,    PO Box 6192,    Parsippany, NJ 07054-7192
518371281      Kimball Medical Center n/k/a Monmouth,    Medical Center Southern Campus,    600 River Ave,
               Lakewood, NJ 08701-5237
518371283      Laurel Brook 1 Condo Association,    PO Box 11,    Lavallette, NJ 08735-0011
518371284      Laurel Brook I Condo Association,    PO Box 11,    Lavallette, NJ 08735-0011
518371285     +Law Offices of Joel Cardis, LLC,    For N Mon Cty Med Assoc #4334335,    2006 Swede Rd, Ste 100,
               E Norriton, PA 19401-1787
518371288      Lyons Doughty & Veldhuis P.C.,    for CapitalOne,    136 Gaither Dr Ste 100P,
               Mount Laurel, NJ 08054-1725
518371287      Lyons Doughty & Veldhuis P.C.,    For Capital One Bank,    136 Gaither Dr Ste 100,
               Mount Laurel, NJ 08054-1725
518371289      McKenna DuPont Higgins et al,    Attys for Community Financial Services,    PO Box 610,
               Red Bank, NJ 07701-0610
518371291      Mnet Financial, Inc.,    For Shore Outpatient Surgicenter,    95 Argonaut Ste 200,
               Aliso Viejo, CA 92656-4147
518371292      Monmouth Ocean Neurogology,    1944 Corlies Ave Ste 206,    Neptune, NJ 07753
518371293      Neurophysiology Labs,    1944 Corlies Ave Ste 206,    Neptune, NJ 07753
518371294     +North Shore Agency,    for Sprint,    270 Spagnoli Rd, Ste 110,    Melville, NY 11747-3515
518371295      Northern Monmouth Cty Med Assoc,    656 Shrewsbury Ave,    Tinton Falls, NJ 07701-4964
518371296      Ocean Medical Center,    n/k/a Hackensack Meridian Health,    PO Box 650292,
               Dallas, TX 75265-0292
518371297     +Ocean Otolaryngology Associates,    54 Bey Lea Rd Bldg A, Ste 3,    Toms River, NJ 08753-2978
518371298      Ocean Pulmonary Associates,    2 Plaza Dr Ste 2,    Toms River, NJ 08757-3756
518371301      PNC Bank,    Customer Service,    PO Box 1820,    Dayton, OH 45401-1820
518371302      PNC Bank, National Association,    3232 Newmark Dr,    Miamisburg, OH 45342-5421
518371303      PNC Mortgage,    PO Box 856177,    Louisville, KY 40285-6177
518371300      PayPal Credit - Comenity Bank,    Bankruptcy Department,    PO Box 182125,
               Columbus, OH 43218-2125
518371305      Pressler Felt & Warshaw, LLP,    Attys For Midland Funding #G189401,    7 Entin Rd,
               Parsippany, NJ 07054-5020
518371307      RMB, Inc.,    409 Bearden Park Cir,    Knoxville, TN 37919-7448
518371309      Shore Outpatient Surgicenter, LLC,    360 Highway 70,    Lakewood, NJ 08701-5823
518371310      South Jersey Legal Services, Inc.,    Kristine M. Carranceja-Gurski, Esq.,    303 W Main St Ste 3,
               Freehold, NJ 07728-2522
518371313      The Bureaus,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
518371315      Tidal Emergency Physicians,    Brick Hospital,    425 Jack Martin Blvd,    Brick, NJ 08724-7732
518371314      Tidal Emergency Physicians,    Jersey Shore University Med Ctr,    1945 Corlies Ave,
               Neptune, NJ 07753
518371316      Union Plus Credit Card,    Customer Service,    PO Box 30255,    Salt Lake City, UT 84130-0255
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Nov 01, 2019
                              Form ID: 318             Total Noticed: 83


518371317      +United States Attorney,   For Internal Revenue Service,   PO Box 683,
                 Washington, DC 20044-0683
518371319       University Radiology Group,   PO Box 1075,   East Brunswick, NJ  08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2019 00:27:42     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518371243       E-mail/Text: ebn@americollect.com Nov 02 2019 00:27:56     Americollect, Inc.,
                 For Unv Rad Assoc #17693650,   1851 S Alverno Rd,   Manitowoc, WI  54221-1566
518371245       EDI: CAPIO.COM Nov 02 2019 03:43:00      Asset Care LLC,   2222 Texoma Pkwy,
                 Sherman, TX  75090-2470
518371249      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2019 00:32:12     CACH, LLC,
                 4340 S Monaco St Unit 2,   Denver, CO 80237-3485
518371258      +EDI: CAPIO.COM Nov 02 2019 03:43:00      CF Medical Assignee of Ocean Med Ctr,
                 c/o AssetCare, LLC,   2222 Texoma Pkwy, Ste 180,   Sherman, TX 75090-2484
518371250       EDI: CAPITALONE.COM Nov 02 2019 03:43:00      Capital One,   Bankruptcy Claims Servicer,
                 PO Box 30285,   Salt Lake City, UT  84130-0285
518371251       EDI: AIS.COM Nov 02 2019 03:43:00      Capital One - Bankruptcy Department,
                 c/o American Info Source,   PO Box 54529,   Oklahoma City, OK  73154-1529
518371252       EDI: CAPIO.COM Nov 02 2019 03:43:00      Caprio Partners,   2222 Texoma Pkwy Ste 115,
                 Sherman, TX  75090-2470
518371253      +EDI: CAPIO.COM Nov 02 2019 03:43:00      Caprio Partners,   For Jersey Shore Univ Med #16894458,
                 2222 Texoma Pkwy  150,   Sherman, TX 75090-2481
518371256       E-mail/Text: bankruptcy@certifiedcollection.com Nov 02 2019 00:27:35
                 Certified Credit & Collection Bureau,   for Jersey Shore OP #1201658103,   PO Box 336,
                 Raritan, NJ  08869-0336
518371255       E-mail/Text: bankruptcy@certifiedcollection.com Nov 02 2019 00:27:35
                 Certified Credit & Collection Bureau,   MCOC - OP,   PO Box 336,   Raritan, NJ  08869-0336
518371257       E-mail/Text: bankruptcy@certifiedcollection.com Nov 02 2019 00:27:35
                 Certified Credit & Collection Bureau,   for Jersey Shore IP #11664407,   PO Box 336,
                 Raritan, NJ  08869-0336
518371262       EDI: DIRECTV.COM Nov 02 2019 03:43:00      Direct TV,   Customer Service,   PO Box 6550,
                 Englewood, CO  80155-6550
518371267       E-mail/Text: data_processing@fin-rec.com Nov 02 2019 00:27:13
                 Financial Recovery Services, Inc.,   For PYOD LLC/WebBank/Lending Club,   PO Box 385908,
                 Minneapolis, MN  55438-5908
518371272       EDI: IIC9.COM Nov 02 2019 03:43:00      I.C. Systems,   for AT&T/Directv #165764442-1-69,
                 PO Box 64378,   Saint Paul, MN  55164-0378
518371274       EDI: IRS.COM Nov 02 2019 03:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA  19101-7346
518371286       E-mail/Text: bk@lendingclub.com Nov 02 2019 00:28:17     Lending Club,
                 71 Stevenson St Ste 300,   San Francisco, CA  94105-2985
518371290       EDI: MID8.COM Nov 02 2019 03:43:00      Midland Funding, LLC,   2365 Northside Dr Ste 300,
                 San Diego, CA  92108-2709
518371299       EDI: AGFINANCE.COM Nov 02 2019 03:43:00      OneMain,   6801 Colwell Blvd,
                 Irving, TX  75039-3198
518371304       EDI: PRA.COM Nov 02 2019 03:43:00      Portfolio Recovery Associates LLC,   for Capital One,
                 PO Box 12914,   Norfolk, VA  23541-0914
518371306       E-mail/Text: bankruptcy@prosper.com Nov 02 2019 00:28:22     Prosper Marketplace,
                 221 Main St Ste 300,   San Francisco, CA  94105-1909
518371308       E-mail/Text: bankruptcy@savit.com Nov 02 2019 00:28:52     Savit Collection Agency,
                 For Jersey Shore Anesthesiology,   PO Box 250,   East Brunswick, NJ  08816-0250
518371311       EDI: NEXTEL.COM Nov 02 2019 03:43:00      Sprint,   Customer Service,   PO Box 8077,
                 London, KY  40742-8077
518372511      +EDI: RMSC.COM Nov 02 2019 03:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518371318      +E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:45     United States Attorney,
                 For Internal Revenue Service,   970 Broad St, Ste 700,   Newark, NJ 07102-2527
518371320       EDI: VERIZONCOMB.COM Nov 02 2019 03:43:00      Verizon,   Bankruptcy Department,
                 500 Technology Dr Ste 550,   Weldon Spring, MO  63304-2225
518371321       EDI: RMSC.COM Nov 02 2019 03:43:00      Walmart - Synchrony Bank,   Bankruptcy Department,
                 PO Box 965060,   Orlando, FL  32896-5060
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518371273*      Internal Revenue Service,   Special Procedures,   PO Box 744,   Springfield, NJ  07081-0744
518371312     ##Sure Recovery Service,   for Ocean Otolaryngology #157326,   PO Box 818,
                 Jackson, NJ  08527-0818
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 01, 2019
                              Form ID: 318             Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2019 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
    Peter  Broege    on behalf of Debtor Victor J. Gonzalez pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
    Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7