| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Denise Carlon, Esq. <br> KML LAW GROUP, P.C. <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> 215.627.1322 <br> dcarlon@kmllawgroup.com <br> Attorneys for Secured Creditor <br> PNC Bank, National Association |
| In Re: <br><br> Victor Gonzalez, <br><br> Debtor. |

**Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 19-24459-KCF

Chapter: November 10, 2020

Judge: Kathryn C. Ferguson

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: November 10, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____PNC Bank, N.A._____, and regarding _____docket # 7-2 (exhibit to motion for relief)_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24459-KCF |
| Victor J. Gonzalez | Chapter 7 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Victor J. Gonzalez, 416D Laurel Brook Dr, Brick, NJ 08724-2844 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com dana@redbanklaw.com |
| Peter Broege | on behalf of Debtor Victor J. Gonzalez pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7